**SMITH CORRELL, LLP**
MARK SMITH – California SBN 224297
msmith@correllsmith.com
11766 Wilshire Blvd., Suite 1670
Los Angeles, CA 90025
Tel: (213) 443-6222
Fax: (877) 730-5910

Attorneys for Plaintiff
REFLEX MEDIA, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>VIBE MEDIA, INC. d/b/a CityVibe.com, a California corporation; SOPHIA THOMPSON, an individual; PEAKRIDGE d/b/a SugarModels.com, an Anguilla company; DANIEL ROMAN a/k/a Daniel Romanesse, an individual; ALI ASKARI, an individual and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:16-cv-2234<br><br>**NOTICE OF INTERESTED PARTIES** |

Pursuant to Fed. R. Civ. P. 7.1 and LR 7.1-1, the undersigned counsel of record for Plaintiff Reflex Media, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

List of parties: (1) Reflex Media, Inc., (2) W8Tech.com Limited.

Dated: April 1, 2016　　　　　　**SMITH CORRELL, LLP.**

　　　　　　　　　　　　　　　By:　/s/ Mark L. Smith
　　　　　　　　　　　　　　　　　Mark L. Smith
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Reflex Media, Inc.