# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| REFLEX MEDIA INC. <br><br> **PLAINTIFF(S)** <br><br> v. <br><br> VIBE MEDIA INC , et al. <br><br> **DEFENDANT(S).** | 2:16−cv−02243−PA−JPR <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

  4/1/2016         1, 2 and 3        Complaint, Certificate of Interested Parties, Request for Summons

Date Filed         Doc. No.      Title of Doc.

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

It appears the case number on the face pages for documents 1−3 has been transposed. The correct case number is 2:16−cv−02243. In addition attachment 2 Civil Cover Sheet to the Complaint should have been filed separately and in the correct category of Civil Cover Sheet. No further action is required unless the Court so directs.

Clerk, U.S. District Court

Dated:  April 1, 2016               By:  */s/ Carmen Reyes*
                                              Deputy Clerk