AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Reflex Media, Inc., a Nevada corporation,<br><br>*Plaintiff(s)*<br>v.<br>VIBE MEDIA, INC. d/b/a<br>CityVibe.com, a California corporation;<br>See Attached<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:16-cv-2243 PA (JPRx)<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Daniel Roman a/k/a Daniel Romanesse, 205 East Harmon Avenue, #511, Las Vegas, Nevada, 89169;
Ali Askari, 9000 Sunsent Blvd. Suite 1010, West Hollywood, California, 90069;
Peakridge, 205 East Harmon Avenue, #511, Las Vegas, Nevada, 89169;
Sophia Thompson, 9000 Sunsent Blvd. Suite 1010, West Hollywood, California, 90069; and
Vibe Media, Inc., c/o LawInc.com Corporation, 1517 South Bentley Avenue, Suite 403.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Mark Smith
> Smith Correll, LLP
> 11766 Wilshire Blvd., Suite 1670
> Los Angeles, CA 90025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  4/4/16

*Madelina Guerrero*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-2243

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**SMITH CORRELL, LLP**
MARK SMITH – California SBN 224297
msmith@corellsmith.com
11766 Wilshire Blvd., Suite 1670
Los Angeles, CA 90025
Tel: (213) 443-6222
Fax:   (877) 730-5910

Attorneys for Plaintiff
REFLEX MEDIA, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>VIBE MEDIA, INC. d/b/a CityVibe.com, a California corporation; SOPHIA THOMPSON, an individual; PEAKRIDGE d/b/a SugarModels.com, an Anguilla company; DANIEL ROMAN a/k/a Daniel Romanesse, an individual; ALI ASKARI, an individual and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 2:16-cv-2243<br><br>**COMPLAINT FOR FRAUD, TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, COMPUTER FRAUD AND ABUSE, UNAUTHORIZED ACCESS TO COMPUTERS, MISAPPROPRIATE OF TRADE SECRETS, INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE AND ACCOUNTING; DEMAND FOR JURY TRIAL** |

COMES NOW Plaintiff Reflex Media, Inc. ("Reflex Media" or "Plaintiff"), and hereby brings this Complaint against Defendants Vibe Media, Inc. d/b/a CityVibe.com ("Vibe Media"), Sophia Thompson ("Thompson"), Peakridge d/b/a Sugarmodels ("Peakridge"), Daniel Roman a/k/a Daniel Romanesse ("Roman"), Ali Askari ("Askari"), and Does 1–10, inclusive (collectively, "Defendants"; Thompson, Roman, Askari and Doe No. 1 collectively the "Individual Defendants"), and alleges as follows: