**SMITH CORRELL, LLP**
MARK SMITH – California SBN 213829
msmith@correllsmith.com
11766 Wilshire Blvd., Suite 1670
Los Angeles, CA 90025
Tel: (213) 443-6222
Fax: (877) 730-5910

Attorneys for Plaintiff
REFLEX MEDIA, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>VIBE MEDIA, INC. d/b/a CityVibe.com, a California corporation; SOPHIA THOMPSON, an individual; PEAKRIDGE d/b/a SugarModels.com, an Anguilla company; DANIEL ROMAN a/k/a Daniel Romanesse, an individual; ALI ASKARI, an individual and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 2:16-cv-2243<br><br>**NOTICE OF ERRATA AND CORRECTION TO PLAINTIFF'S COMPLAINT** |

   PLEASE TAKE NOTICE that Plaintiff, Reflex Media, Inc., hereby provides notice of errata and corrections to the Plaintiff's complaint as follows:

   The complaint filed on April 1, 2016, was filed with the incorrect attorney bar number.  The correct California bar number for Mark Smith is 213829.

   The complaint filed on April 1, 2016, was filed with the last two numbers of case number transposed.  The correct case number is 2:16-cv-2243.

   The Plaintiff will refile an Amended Complaint with the above referenced, corrected information subsequent to the filing of this notice.

///

---

1
**NOTICE OF INTERESTED PARTIES**

Dated: April 6, 2016  **SMITH CORRELL, LLP.**

By: /s/ Mark L. Smith
Mark L. Smith
Attorneys for Plaintiff Reflex Media, Inc.