**SMITH CORRELL, LLP**
MARK SMITH – California SBN 213829
msmith@correllsmith.com
11766 Wilshire Blvd., Suite 1670
Los Angeles, CA 90025
Tel: (213) 443-6222
Fax: (877) 730-5910

Attorneys for Plaintiff
REFLEX MEDIA, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>VIBE MEDIA, INC. d/b/a CityVibe.com, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:16-cv-2243 PA (JPRx)<br><br>**JOINT STATUS REPORT REGARDING THE STATUS OF ARBITRATION** |

　　　The parties to the above-entitled matter, by and through their counsel of record, hereby submit this Joint Status Report Regarding the Status of Arbitration. On July 18, 2016, the Court ordered that this matter be referred to arbitration for the purpose and reasons set forth in the Court's July 18th Order. (Dkt. No. 32.) In accordance with the Court's order, this matter was referred to the American Arbitration Association. The parties are currently engaged in limited discovery, as allowed by the three-person arbitration panel presiding over this matter. A final evidentiary hearing has been scheduled for September 11–15, 2017, and October 3–5, 2017.

　　　The parties will submit another joint status report in three months, per the Court's July 18, 2016, Order.

////

Jointly and respectfully submitted on February 21, 2017, by:

| **SMITH CORRELL, LLP** | **LAVELY & SINGER, P.C.** |
|---|---|
| /s/ Jacob L. Fonnesbeck | /s/ David B. Jonelis |
| Mark L. Smith, Esq. | Michael E. Weinstein, Esq. |
| Jacob L. Fonnesbeck, Esq. | David B. Jonelis, Esq. |
| 11766 Wilshire Blvd., Suite 1670 | 2049 Century Park East, Suite 2400 |
| Los Angeles, CA 90025 | Los Angeles, CA 90067 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **JOINT STATUS REPORT REGARDING THE STATUS OF ARBITRATION** was served via the Court's electronic filing system on February 21, 2017, as follows:

**Lavely & Singer, P.C.**
Michael E. Weinstein, Esq.
David B. Jonelis, Esq.
2049 Century Park East, Suite 2400
Los Angeles, CA 90067
*Counsel for Defendants*

/s/ Jacob L. Fonnesbeck